# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TMP WORLDWIDE, INC. N/K/A MONSTER WORLDWIDE, INC.,<br><br>Defendant. | Civil Action No. 04-CV-0986 (KAJ) |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the Defendant, TMP Worldwide, Inc. n/k/a Monster Worldwide, Inc., that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

630221v1

Dated: ___8/7___, 2006

THE BAYARD FIRM

_/s/ M. Augustine_

Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:   (302) 655-5000

Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/ Kunz_

Carl N. Kunz, III (#3201)
Patrick M. Leathem (#4114)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, DE 19801
Telephone:   (302) 888-6811
Facsimile:   (302) 571-1750
Email:        ckunz@morrisjames.com
              pleathem@morrisjames.com

Counsel for Monster Worldwide, Inc.

625688v1                              2