## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 7th day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Carl N. Kunz, III, Esquire
Patrick M. Leathem, Esquire
*Morris, James, Hitchens & Williams LLP*
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)